1  BOWMAN AND BROOKE LLP
   Brian Takahashi, Esq. SB# 146505
2  Douglas J. Lief, Esq. SB# 240025                    **MADE JS-6**
   879 West 190th Street, Suite 700
3  Gardena, CA 90247-7468
   Tel:   310/ 768-3068
4  Fax: 310/ 719-1019
   E-mail: Brian.Takahashi@bowmanandbrooke.com
5  E-mail: Douglas.Lief@bowmanandbrooke.com

6  Attorneys for Defendant, JAGUAR LAND ROVER NORTH AMERICA, LLC

7

8              UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11 DAVID GARDEN, DARIN CHAVEZ        )  CASE NO: CV10-8445GW(Ex)
   and SANDRA CHAVEZ,                )  (Removed from Los Angeles County
12                                   )  Superior Court – Case No. BC446814)
                        Plaintiffs,  )
13                                   )
       vs.                           )  **ORDER ON STIPULATION OF**
14                                   )  **DISMISSAL WITH PREJUDICE**
   JAGUAR LAND ROVER NORTH           )
15 AMERICA, LLC, and DOES 1          )  Assigned:   George H. Wu
   through 10 inclusive,             )  Department: 10
16                                   )
                        Defendants.  )  Action Filed:   November 5, 2010
17                                   )  Trial Date:     March 6, 2012

18

19        The Court, having reviewed the parties' Stipulation of Dismissal with

20 Prejudice and good cause appearing, orders that this matter be, and is

21 hereby, dismissed with prejudice.

   IT IS SO ORDERED.
22

23

24 DATED:  May 8, 2012            BY:   _George H. Wu_____

25                                      George H. Wu
                                        U.S. District Court Judge
26

27

28

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on May 2, 2012, a true and correct copy of the foregoing [PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE was filed with the Clerk using the CM/ECF system, which will provide notice to the following counsel of record:

**Attorney for Plaintiff**
Brian J. Bickel, Esq.
THE BICKEL LAW FIRM, INC.
701 B Street, Suite 1200
San Diego, CA 92101
Tel:   619.374.4100
Fax:   619.231.9040
Email: brianbickel@bickellawfirm.com

_____
Lisa M. Sullivan

1663644

2